**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAM ARGEL,<br><br>             Petitioner,<br><br>     v.<br><br>CISNEROS, Warden,<br><br>             Respondent. | Case No. CV 22-07993 ODW (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (Dkt. No. 43). The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on December 14, 2023, to which Petitioner has objected (Dkt. No. 44). The Court is not persuaded by Petitioner's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is dismissed with prejudice.

DATED: January 11, 2024

                                                          OTIS D. WRIGHT II
                                                          UNITED STATES DISTRICT JUDGE