1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM ARGEL,<br><br>Petitioner,<br><br>v.<br><br>CISNEROS, Warden,<br><br>Respondent. | Case No. CV 22-07993 ODW (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed, and this action is dismissed with prejudice.

DATED:  January 11, 2024

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE